■ In the Matter of CARLOS ROBLES, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents. [601 NYS2d 892] — Judgment unanimously affirmed. Memorandum: Because petitioner's argument on appeal challenging the constitutionality of the rule governing administrative appeals was raised in his article 78 petition, it is properly before this Court *(cf., Matter of Zaro v Coughlin,* 195 AD2d 1003 [decided herewith]). We have determined, however, that petitioner's argument lacks merit. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Denman, P. J., Pine, Balio, Doerr and Davis, JJ.